UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 4:18-CR-003-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NIKI HOSEA JOYNER | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Sentencing Memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the _5_ day of _September_, 2018.

HON. JAMES C. DEVER, III
Chief Judge, U.S. District Court